# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

VINCENT GIFFORD,

          Respondent

          v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF TRANSPORTATION,
BUREAU OF DRIVER LICENSING,

          Petitioner

: No. 797 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Did Commonwealth Court err as a matter of law and abuse its discretion in affirming the trial court's order rescinding an operating privilege suspension that was imposed less than three years after licensee's conviction for fleeing or eluding a police officer, where the delay was due to the failure of the Delaware County Office of Judicial Support to timely notify the Department of Transportation of the conviction?